# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00007-CV

## In the Matter of J.W.T.

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT
### NO. 07-223-J395, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Karen Turner, the mother of J.W.T., filed her pro se notice of appeal from the district court's "Order Affecting Parents" and "Order of Probation" with the trial court clerk on September 28, 2007, and a copy was filed with this Court on January 4, 2008. That same day, and again on April 8, 2008, this Court received notice from the district clerk's office of Williamson County that Turner had not paid or made arrangements to pay for the clerk's record. On April 14, 2008, this Court sent notice to Turner that if she did not submit a status report to this Court by April 29, 2008, this appeal would be dismissed for want of prosecution. To date, Turner has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), (c).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:   July 22, 2008